UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH CHARLES MOUTON, JR. (#384613)

VERSUS

DOUGLAS MCDONALD, ET AL

CIVIL ACTION

NO. 07-163-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated April 18, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion for summary judgment (rec.doc.no.17) will be granted, dismissing the plaintiff's claims against the defendants, and this action will be dismissed, with prejudice.

Baton Rouge, Louisiana, May 28, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA